JONAS H. LANE et al., Appellants, *v.* JOHN W. WHEELWRIGHT et al., Respondents.*

(Argued June 8, 1894; decided June 22, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 12, 1893, which reversed a judgment in favor of the plaintiffs entered upon a decision of the court on trial at Special Term and granted a new trial.

*G. A. Clement* for appellants.

*Hamilton Wallis* for respondents.

Agree to affirm on opinion below and for judgment absolute against plaintiffs on stipulation.

All concur.

Order affirmed and judgment accordingly.

----

In the Matter of the Arbitration of CHARLES F. BEACH, JR., Appellant, *v.* SIMON STERNE, Respondent.†

(Argued June 8, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 10, 1893, which affirmed a judgment in favor of defendant entered upon an order of Special Term which confirmed an award by an arbitrator.

*Leopold Wallach* for appellant.

*E. Ellery Anderson* for respondent.

Agree to affirm on opinion below.

All concur.

Judgment affirmed.

----

* Reported below, 69 Hun, 180.      † Reported below, 67 Hun, 341.